THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Gail L. Pitts, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Newberry County
 Wyatt T. Saunders, Jr, Circuit Court 
 Judge

Memorandum Opinion No. 2004-MO-052
Submitted September 23, 2004 - Filed 
 September 27, 2004

DISMISSED AS
IMPROVIDENTLY GRANTED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, 
 for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh; Chief, Capital and Collateral Litigation Donald J. Zelenka, Assistant 
 Deputy Attorney General B. Allen Bullard, Jr., and Assistant Attorney General 
 David Spencer, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the denial of 
 petitioners application for post-conviction relief.  We now dismiss the writ 
 as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.